1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

9  CHERYL FALK,                          )      No. CV-07-0032-AMJ
                                          )
10                                        )      ORDER ADOPTING REPORT
          Plaintiff,                      )      AND RECOMMENDATION
11                                        )
     vs.                                  )
12                                        )
   MICHAEL J. ASTRUE,                     )
13 Commissioner of Social Security,       )
                                          )
14                                        )
          Defendant.                      )
15 _____ )

16
17      **BEFORE THE COURT** for resolution is the Report and Recommendation
18 entered on August 30, 2007 **(Ct. Rec. 32)**, recommending that Defendant's Motion
19 for Summary Judgment **(Ct. Rec. 24)** be granted, and Plaintiff's Motion for
20 Summary Judgment **(Ct. Rec. 15)** be denied.  Having reviewed the report and
   recommendation and there being no objections thereto, the court adopts the
21 magistrate judge's report and recommendation in its entirety.
22
        **IT IS HEREBY ORDERED** that the Report and Recommendation **(Ct. Rec.**
23 **32)** to grant Defendant's Motion for Summary Judgment and deny Plaintiff's
24 Motion for Summary Judgment is **ADOPTED in its entirety**.  The Commissioner's
25 decision to deny Plaintiff disability benefits is **Affirmed**.
26 ///
27 ///
28

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 1

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order and an Order of Judgment, forward copies to counsel, and close the file.

DATED this 18th day of October, 2007.

*s/ Robert H. Whaley*

ROBERT H. WHALEY
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 2