1

2          **UNITED STATES DISTRICT COURT**

3          **EASTERN DISTRICT OF WASHINGTON**

4

5    CHERYL FALK,                          )
                                           )
6              Plaintiff,                  )
                                           )        NO.  CV-07-0032-AMJ
7         vs.                              )
                                           )        **JUDGMENT IN A**
8    MICHAEL J. ASTRUE,                    )        **CIVIL CASE**
     Commissioner of Social Security,      )
9                                          )
               Defendant.                  )
10                                         )
     _____)

11

12        **DECISION BY THE COURT:**

13        This action came to hearing before the court.  The issues have been heard

14   and a decision has been rendered.

15        **IT IS ORDERED AND ADJUDGED** that:

16        Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's

17   Motion for Summary Judgment is **DENIED**.  Judgment is entered for Defendant.

18        DATED this 18th day of October, 2007.

19                                        JAMES R. LARSEN
                                          District Court Executive/Clerk
20

21

22                                   by:    s/Pamela A. Howard
                                            Deputy Clerk
23

24

25

26   cc: all counsel